ROBERT W. HARVEY, *ET AL.* v. PETER G. CRAW, WILLIAM J. WALKER, JR., *ET AL.*, AND HAROLD E. DOW.

July 1, 1970. Petitions for certification denied. (See 110 *N. J. Super.* 68.)

STATE OF NEW JERSEY v. DOUGLAS BARNWELL.

July 1, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. SAM PIACENZA.

July 1, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM HOWARD BRUNSON AND FOREST DAVIS.

July 1, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. HOWARD LAMBERTSON.

July 1, 1970. Petition for certification denied. (See 110 *N. J. Super.* 137.)

JAMES D. SULLIVAN v. SEARS ROEBUCK AND COMPANY.

July 1, 1970. Petition for certification denied.